IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

Case No. 17-1848 and 17-1857

(1:12-cv-00192-CCB)

_____

CARLIN ROBINSON, et al.

    *Plaintiffs – Appellants*

v.

DANIEL A. LIOI, et al.

    *Defendants – Appellees*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

CONSENT MOTION REQUESTING AN EXTENSION OF TIME FOR
APPELLANTS TO FILE THEIR BRIEF

Appellants, by undersigned counsel, and pursuant to Fourth Circuit Local Rule 27, hereby move, with the consent of Appellees, to extend the time within which to file Appellants' Briefs in the above-captioned Appeal by fourteen (14) days from October 5, 2017 and, in turn, to extend the time for Appellees to file their briefs from Thursday, November 2, 2017, to Thursday, November 16, 2017, and, as grounds therefore, Appellants state as follows:

1. By order, dated August 14, 2017, Appellants' Briefs are due on October 5, 2017 and Appellees' Response Briefs are due November 2, 2017.

2.   Appellants, with the consent of Appellees, request an extension of the time to file their Briefs to October 19, 2017, due to Appellants' Counsel's briefing schedule with the Maryland Court of Appeals in the case of *Melissa Rodriquez, et al. v. Larry Cooper, et al.*, in which Counsel's brief is due Wednesday, October 4, 2017, the day immediately preceding the date on which Appellants' brief in this matter is due to this Honorable Court, which has caused and will cause the preparation of Appellants' Briefs to be interrupted and, as a result, delayed.

3.   Undersigned counsel has conferred with Counsel for the Appellees, and Counsel for the Appellees has consented to the relief requested herein.

WHEREFORE, Appellants respectfully request that this Honorable Court grant their Motion for an Extension of Time for Appellees to File Their Briefs, and extend such time to October 5, 2017 and, in turn, extend the time for Appellees to file their response briefs to November 2, 2017.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Cary J. Hansel (Bar No.14722) | Daniel L. Cox (Bar No. 28245) |
| Hansel Law, P.C. | The Cox Law Center, LLC |
| 2514 North Charles Street | 104 N. Court St. |
| Baltimore, Maryland 21218 | Frederick, Maryland 21701 |
| (301) 461-1040 (T) | (301) 631-9454 (T) |
| (443) 451-8606 (F) | dcox@coxlawcenter.com |
| cary@hansellaw.com | *Attorney for Appellant Graves* |
| *Attorney for Appellant* | |
| *Robinson* | |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of October, 2017, a copy of this motion was served, via electronic service, on counsel for all parties.

_____
/s/
Cary J. Hansel (Bar No. 14722)

IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

Case No. 17-1848 and 17-1857

(1:12-cv-00192-CCB)

_____

CARLIN ROBINSON, et al.

    *Plaintiffs – Appellants*

v.

DANIEL A. LIOI, et al.

    *Defendants – Appellees*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Appellants' Consent Motion for Extension of Time to File Appellants' Briefs, it is, this ____ day of _____, 2017,

HEREBY ORDERED, that Appellants' Motion is GRANTED, and

HEREBY ORDERED, that briefing shall proceed as follows:

Appendix and Opening brief: October 19, 2017

Response brief: November 16, 2017

Reply brief: within 14 days of service of response brief.

_____

Judge, United States Court of Appeals
For the Fourth Circuit